# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ahmad Bin Nasrullah, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Director U.S. Citizenship and Immigration ) | |
| Services, ) | Case No. 1:25-cv-183 |
| ) | |
| Defendant. ) | |

On October 15, 2025, Defendant filed a Motion to Stay Due to Lapse in Appropriations. (Doc. No. 5). The reason for the requested stay is the failure of Congress to pass a budget and the resulting lapse in appropriations and government shutdown. The Department of Justice attorneys handling this case are prohibited by law from working on it during the shutdown. See 31 U.S.C. § 1342.

The Ccourt has carefully reviewed the motion and the entire record and finds Defendant has demonstrated good cause to stay all deadlines in this case. Accordingly, Defendant's motion (Doc. No. 5) is **GRANTED**. This case shall be stayed until further order of the court. Defendant shall file a motion to lift the stay once Congress has restored appropriations.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court