IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ahmad Bin Nasrullah, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. Citizenship and Immigration Services, Director, | ) | Case No.: 1:25-cv-00183 |
| | ) | |
| Defendant. | ) | |

On August 4, 2025, Plaintiff Ahmad Bin Nasrullah ("Plaintiff") filed the above-captioned action through the filing of a Complaint. (Doc. No. 1). The address listed in the Complaint was as follows:

c/o Legal Process Server
1000 Palm Blvd.
PO Box 349
Isle Of Palms SC 29451-0349

(*See* Doc. No. 1-4 at 1). On the first page of the Complaint was a footnote in which Plaintiff noted he had purchased an online form Complaint through a company operating in South Carolina and had filled in the digital "blanks."

On August 22, 2025, Plaintiff returned a signed consent/reassignment form. (Doc. No. 4). The address associated with the form differed from that of the Complaint. Notably, the listed address was in North Dakota. Specifically,

1800 22nd Ave SW
STE 1, Minot ND, 58701

(*See* Doc. No. 4-1 at 1). Further review of the docket shows that upon Defendant's filing of the Motion to Dismiss, Plaintiff was served at the South Carolina address as opposed to the North Dakota one. (*See* Doc. No. 11 at 2). It appears to the Court that the South Carolina address is the

address of the company from which Plaintiff purchased the form Complaint, and Plaintiff resides at the Minot address. Accordingly, the court directs the Clerk's Office to update the docket to reflect the North Dakota address. The U.S. Citizenship and Immigration Services, Director, is ordered to re-serve the Motion to Dismiss and supporting memorandum to Plaintiff at the Minot, North Dakota address. Plaintiff shall have twenty-eight (28) days from service of the motion to respond or otherwise answer the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2026.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court