**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Ahmad Bin Nasrullah,<br><br>Plaintiff,<br><br>vs.<br><br>Director, U.S. Citizenship and Immigration Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER**<br><br>Case No. 1:25-cv-183 |

On August 17, 2026, the Parties filed a Stipulation for Dismissal. (Doc. No. 22). The court **ADOPTS** the Parties' Stipulation (Doc. No 22) and **DISMISSES** the above-captioned action without prejudice and without taxation of attorney's fees or costs to either party.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court